CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 12 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES FLETCHER, # 307692,<br>Plaintiff, | Civil Action No. 7:04cv00374 |
| v. | **FINAL ORDER** |
| WARDEN D. BRAXTON, <u>et al.</u>,<br>Defendants. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day it, is hereby

**ADJUDGED AND ORDERED**

that:

1) plaintiff's claims brought pursuant to the Eighth and Fourteenth Amendments are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

2) defendants' motion for summary judgment, Document No. 17, is hereby **GRANTED** as to plaintiff's remaining § 1983 claims;

3) This case will be **STRICKEN** from the active docket of the court.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 12th day of July, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge